No. 87–1944. POLYAK *v.* HULEN ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1948. SNYDER *v.* WILSON. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–2045. DOUGLAS *v.* NEBRASKA EX REL. NEBRASKA STATE BAR ASSN. Appeal from Sup. Ct. Neb. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–2110. JONES *v.* SCHAFFER ET AL. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–2132. GJESSING ET AL. *v.* WEST INDIAN CO., LTD., ET AL.; and

No. 87–2133. LEGISLATURE OF THE VIRGIN ISLANDS *v.* WEST INDIAN CO., LTD., ET AL. Appeals from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari denied.

No. 87–7036. LEMONS *v.* MYERS ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–7084. WOOL *v.* HINKEL ET AL.; and WOOL *v.* HORWITZ ET AL. Appeals from C. A. 4th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as a petition for writ of certiorari, certiorari denied.

No. 87–7181. RAY *v.* TEXAS. Appeal from Ct. App. Tex., 1st Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.